UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Manufacturers Traders
and Trust Company</u>

    v.                    Case No. 06-cv-454-SM

<u>Wayne R. Dalpe, et al.</u>

<u>ORDER</u>

Re: Document No. 9, Stipulation re: Case Settlement

Ruling: Stipulation of settlement by all appearing parties is approved.  Case dismissed by agreement; proceeds held by the Clerk shall be distributed in accordance with the stipulation.

_____
Steven J. McAuliffe
Chief District Judge

Date:  May 30, 2007

cc:   Jonathan M. Flagg, Esq.
      Jeffrey Clark, Esq.
      Michael Randall, Esq.
      James E. Brown, Esq.
      Financial Administrator, USDC-NH